BEFORE THE SECOND DIVISION, AUGUST 18, 1955

**No. 59262.**—Geo. S. Bush & Co., Inc. *v.* United States, protests 179505–K, etc. (Seattle).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, AUGUST 18, 1955

**No. 59263.**—Daniel De Lelys *v.* United States, protests 185282–K, etc. (Rochester).

Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.